UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-01067 DSF (SHKx) | Date | March 9, 2020 |
|---|---|---|---|
| Title | Hany Tanious v. Landstar System, Inc., et al. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Motaz M. Gerges | Adam C. Smedstad |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

PLAINTIFFS' MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT [38]

HEARING RE ORDER AS TO FEES AND COSTS [35] [36]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on the motion. Counsel respond to the Court's questions. The court will give the plaintiff two weeks to find class counsel. If no appearance is made the court will strike the class allegations and the defendant will have 30 days to file a responsive pleading.  A written order will follow.